UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 23 CR 385 |
| | ) | |
| | ) | Judge Matthew F. Kennelly |
| BAQAR HUSSAIN RAZV SYED | ) | |

### FINAL ORDER OF FORFEITURE

This cause comes before the Court on motion of the United States for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 982(a)(7) and Federal Rule of Criminal Procedure 32.2, the Court being fully informed hereby finds as follows:

(a)    On December 1, 2023, an information was filed charging defendant BAQAR HUSSAIN RAZV SYED with health care fraud pursuant to the provisions of Title 18, United States Code, Section 1347.

(b)    On The information sought forfeiture to the United States of any property, that constitutes and is derived, directly and indirectly, from gross proceeds traceable to the commission of health care offenses charged, pursuant to the provisions of Title 18, United States Code, Section 982(a)(7).

(c)    On April 16, 2024, pursuant to Fed R. Crim. P. 11, the defendant BAQAR HUSSAIN RAZV SYED entered a voluntary plea of guilty to the information.

(d)    Pursuant to the terms of their plea agreements, the defendants agreed that the following property is subject to forfeiture as property that constitutes or is

derived from proceeds traceable to the offense of conviction. The property subject to forfeiture includes, but is not limited to:

>   (1)   Funds in the amount of $14,408,399.04 money judgment;
>
>   (2)   Approximately $670,357.34 in funds seized on or about June 23, 2023, from JPMorgan Chase account number xxxxx6715;
>
>   (3)   Approximately $55,828.24 in funds seized on or about June 23, 2023, from Bank of America account number xxxxxxxx8053;
>
>   (4)   Approximately $2,828,492.97 in funds seized on or about June 23, 2023, from US Bank account number xxxxxxxx1458; and
>
>   (5)   Approximately $702,521.79 in funds seized on or about June 23, 2023, from Bank of America account number xxxxxxxx5669.

(e)   On July 18, 2024, this Court entered a preliminary order of forfeiture forfeiting all right, title, and interest of defendant BAQAR HUSSAIN RAZV SYED in the foregoing property. Pursuant to the provisions of Title 21, United States Code, Section 853(n)(1), as incorporated by Title 18, United States Code, Section 982(b)(1), the United States was ordered to publish notice of its intention to dispose of the foregoing property according to law.

(f)   Pursuant to the provisions of Title 21, United States Code, Section 853(n)(1), as incorporated by Title 18, United States Code, Section 982(b)(1), beginning on July 24, 2024 and continuing for at least 30 consecutive days, notice of the criminal forfeiture was posted on an official government internet site.

(g)   To date, no petitions have been filed requesting a hearing to adjudicate an interest in the foregoing property and the time in which to do so has expired.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.      That, a money judgment in the amount of $14,408,399.04 is entered against defendant BAQAR HUSSAIN RAZV SYED.

2.      That, pursuant to the provisions of Title 18, United States Code, Section 982(a)(7) and Fed. R. Crim. P. 32.2, all right, title, and interest of defendant BAQAR HUSSAIN RAZV SYED and any third party in the following property is hereby forfeit to the United States of America for disposition according to law:

> (a)      Approximately $670,357.34 in funds seized on or about June 23, 2023, from JPMorgan Chase account number xxxxx6715;

> (b)      Approximately $55,828.24 in funds seized on or about June 23, 2023, from Bank of America account number xxxxxxxx8053;

> (c)      Approximately $2,828,492.97 in funds seized on or about June 23, 2023, from US Bank account number xxxxxxxx1458; and

> (d)      Approximately $702,521.79 in funds seized on or about June 23, 2023, from Bank of America account number xxxxxxxx5669.

3.      That, pursuant to the provisions of Title 21, United States Code, Section 853(n)(7), as incorporated by Title 18 United States Code, Section 982(b)(1), following entry of this order, the United States shall have clear title to the foregoing property and shall dispose of the property according to law.

4.      That, upon entry of the final order of forfeiture, matters relating to the restoration of forfeited property to the victims in this case will then be addressed by the Attorney General, pursuant to the provisions of Title 21, United States Code, Section 853(i)(1), as incorporated by Title 28, United States Code, Section 2461(c).

3

5.     That, any funds received in satisfaction of the defendant's forfeiture judgment shall be credited to reduce the restitution judgment entered by the Court according to law.

6.     This Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture order.

MATTHEW F. KENNELLY
United States District Judge

DATED: 5/21/2025